

**FILED**

JAN 0 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1:10-CR-00217 |
| vs. ) | ORDER OF RELEASE |
| CARLOS DANIEL RAMIREZ-ESPINOZA ) | |
| Defendant. ) | |

The above named defendant having been sentenced on January 3, 2012, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: January 3, 2012

HONORABLE LAWRENCE J. O'NEILL
U.S. ~~DISTRICT~~ JUDGE

1